

The following constitutes
the order of the court. Signed January 6, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>H. TIM HOFFMAN,<br><br>    Debtor. | Case No. 15-40463 CN<br><br>Chapter 7 |
| PAUL J. MANSDORF, Chapter 7 Trustee,<br><br>    Plaintiff,<br>vs.<br><br>RANDALL CRANE,<br><br>    Defendants. | Adversary No. 15-4111<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING** |

On January 4, 2016, the court conducted a hearing on Defendant's Motion to Dismiss Adversary Proceeding (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is granted with leave to amend. Plaintiff shall file and serve an amended complaint by **January 25, 2016**.

* * * END OF ORDER * * *

1

**COURT SERVICE LIST**

Recipients are ECF participants